IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-288 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| JEANNE M. DAVIS, | ) | Court Date: July 22, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7141333)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 10, 2019, at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, JEANNE M. DAVIS, did unlawfully, knowingly, and intentionally possess a mixture and substance which contained a detectable amount of marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844)

(COUNT II – Class A Misdemeanor – 7141332)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 10, 2019, at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, JEANNE M. DAVIS, did unlawfully, knowingly, and intentionally possess a mixture and substance which contained a detectable amount of buprenorphine, a Schedule III controlled substance.

(Violation of Title 21, United States Code, Section 844)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Garland W. Rowland
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 21 day of June 2019 to the defendant's home of record.

By: _____
Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov